AO 199A (Rev. 12/11 - EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd

# UNITED STATES DISTRICT COURT
## for the
## Eastern District of California

**FILED**
May 15, 2025
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)
v. )
) Case No.  6:25-MJ-00016-HBK
AUSTIN PAUL BRAUNEIS MOORE, )

### ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall not have any contact with the alleged victim Nicholas Corder outside presence of his counsel in this matter;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno for processing by May 29, 2025 by 4:00 PM

(5) The defendant must appear at: U.S. District Court, 9004 Castle Cliff Court, Yosemite, CA
*Place*

Before Magistrate Judge Helena Barch-Kuchta
on _____ 7/1/2025 at 10:00 AM _____
*Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 5/15/2025

_____
*Defendant's signature*

Date: 5/15/25

_____
*Judicial Officer's Signature*

Erica P. Grosjean, United States Magistrate Judge
*Printed name and title*