HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
KARA R. OTTERVANGER, CA Bar #354424
LISA N. LUMEYA, DC Bar #90017392
Assistant Federal Defenders
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
AUSTIN PAUL BRAUNEIS MOORE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>AUSTIN PAUL BRAUNEIS MOORE,<br><br>Defendant. | Case No. 6:25-MJ-00016-HBK<br><br>REQUEST FOR RULE 43 WAIVER OF APPEARANCE; [PROPOSED] ORDER |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Austin Moore, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Mr. Moore agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Mr. Moore were personally present, and requests that this Court allow his attorney-in-fact to represent his interests at all times.  Mr. Moore further agrees that notice to his attorney that his presence is required will be deemed notice to Mr. Moore of the requirement of his appearance at said time and place.

//

//

1  DATED:  June 25, 2025                              /s/ Austin Paul Brauneis Moore

2

3  DATED:  June 25, 2025                              /s/ Lisa Ndembu Lumeya
                                                      LISA N. LUMEYA
                                                      Assistant Federal Defender
4                                                     Attorney for AUSTIN PAUL MOORE

5

6                                    **O R D E R**

7

8

9       GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Mr. Austin Paul

10  Brauneis Moore's appearance be waived at any and all non-substantive proceedings until further

    order.

11

12

13  IT IS SO ORDERED.

14

15  Dated:    June 30, 2025                _____
                                          HELENA M. BARCH-KUCHTA
16                                        UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28